■ BOARD OF DIRECTORS OF WINDSOR OWNERS CORP., Respondent, v ELAINE PLATT, Appellant. [28 NYS3d 307]—Order, Supreme Court, New York County (Peter H. Moulton, J.), entered December 18, 2015, which, to the extent appealed from, denied defendant's motion to renew that portion of a prior order, same court and Justice, entered on or about March 19,

2015, inter alia, granting plaintiff's motion for summary judgment seeking a permanent injunction prohibiting defendant from revealing privileged attorney-client communications with plaintiffs, deemed to be an appeal from an order denying reargument, and, so considered, the appeal from said order unanimously dismissed, without costs, as taken from a nonappealable order.

Plaintiff has not demonstrated that her motion to "renew" was based on any new facts not known to her at the time of the original motion, and as such, the appeal is deemed to be from a motion to reargue (CPLR 2221), the denial of which is not appealable (*see Belok v New York City Dept. of Hous. Preserv. & Dev.*, 89 AD3d 579 [1st Dept 2011]). Concur—Friedman, J.P., Sweeny, Saxe, Richter and Kahn, JJ.